# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 36 | **DATE** | 8/20/2004 |
| **CASE TITLE** | USA vs. Albert M. Rossini | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]   Enter Memorandum Order. Rossini's motion to strike restitution is denied summarily. (77-1)

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | AUG 2 0 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | 78 |
| | Copy to judge/magistrate judge. | | 8/20/2004 | |
| SN | courtroom deputy's initials | | date mailed notice SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      v.                        )     No.  03 CR 36
                                )
ALBERT M. ROSSINI,              )
                                )
            Defendant.          )

## MEMORANDUM ORDER

Albert Rossini ("Rossini") has filed what he labels as "Motion To Strike Restitution," by which he seeks to prevent the Bureau of Prisons from deducting $25 quarterly from his current earnings in the Inmate Financial Responsibility Program (Rossini is now serving a 48-month term of imprisonment, imposed by this Court earlier this year). But as the United States' response to Rossini's motion states:

   1. Rossini is a recidivist swindler, having been convicted and sentenced seven years ago by this Court's colleague Honorable Blanche Manning to a prison term, with Judge Manning's judgment and commitment order also including a required $200,000 in restitution and a $40,000 fine.

   2. Although this Court imposed no restitution obligation in this case, because the victim of the offense of conviction here had previously settled with Rossini and his codefendant in a civil case, over $230,000 of the original $240,000 remains unpaid on Judge Manning's earlier-

imposed restitution and fine.

Those things are dispositive of Rossini's motion, for the Bureau of Prisons is not enforcing restitution in this case, so that no relief can or should be granted by this Court. Quite apart from the element of high irony pointed out in the government's response,[1] if Rossini is to gain any relief from the government's minimal efforts to enforce his long-overdue obligations (which would seem doubtful at best), it would have to come from the Bureau or perhaps from Judge Manning. Rossini's motion is denied summarily.

                                                            */s/ Milton I. Shadur*
                                                      Milton I. Shadur
                                                      Senior United States District Judge

Date: August 20, 2004

---

[1] In part the United States' filing contrasts Rossini's claim that the annual $100 deduction "places an undue financial strain imposed on Rossini's family that it should not have to bear" with the strain on the victims of Rossini's depredations and their families by his original swindles, a strain scarcely lessened by the quite modest repayments he has made over the ensuing years.