IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNTIED STATES OF AMERICA, )
)
         Plaintiff, )
)
v. ) No. 03 CR 36
) (04 C 2800)
ALBERT ROSSINI, )
)
         Defendant. )

## MEMORANDUM ORDER

As of November 14, 2004 Albert Rossini ("Rossini") was seeking to appeal this Court's April 20, 2004 memorandum opinion and order that had dismissed his 28 U.S.C. §2255 ("Section 2255") motion (which was assigned this District Court's Case No. 04 C 2800), under which Rossini sought to challenge the sentence that this Court had imposed on him following his guilty plea. On November 15 our Court of Appeals issued the attached order ("Order") vacating this Court's judgment of dismissal because Rossini was then before that court on his direct criminal appeal, thus causing the proposed appeal relating to the dismissal of his Section 2255 motion to be premature.

On April 5, 2005 the Court of Appeals then issued its unpublished order that affirmed all of this Court's substantive rulings raised on the direct appeal, going on to enter a limited remand as to sentencing in accordance with the procedure that court had established in United States v. Paladino, 401 F.3d 471 (7th Cir. 2005). This Court promptly issued a memorandum order

confirming that it would have imposed the same sentence on Rossini under an advisory guideline regime, and on May 4 the Court of Appeals issued an order in the direct appeal proceeding, affirming this Court's judgment in its entirety.

This memorandum is being issued to inform Rossini that if he still wishes to pursue a Section 2255 motion in light of the intervening events referred to here, he must file a statement to that effect, either incorporating or modifying his earlier motion, on or before May 27, 2005.[1] In the absence of such a filing, this Court will operate on the premise that Rossini has decided to forgo seeking such relief based on all the circumstances as they have now evolved.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 9, 2005

---

[1] If and to the extent that Rossini may wish to reassert any of the matters set out in his Section 2255 motion, he is free to do so in a brief filing that simply refers to those matters (also making clear in the same filing what claims, if any, that were originally addressed in the motion are no longer being advanced on his part).

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted October 25, 2004
Decided November 15, 2004

Before

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. DIANE SYKES, *Circuit Judge*

No. 04-2276

| | |
|---|---|
| ALBERT ROSSINI,<br>    *Petitioner-Appellant,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    *Respondent-Appellee.* | Appeal from the United States<br>District Court for the Northern<br>District of Illinois, Eastern Division<br><br>No. 03-CR-36<br><br>Milton Shadur,<br>*Judge.* |

ORDER

Albert Rossini has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255, and an application for a certificate of appealability. Rossini's direct criminal appeal is pending in this court. *See* No. 04-1298. Accordingly, this action is premature. We therefore VACATE the district court judgment and REMAND the case to the district court with instructions to stay proceedings pending the resolution of Rossini's direct appeal. *See United States v. Barger*, 178 F.3d 844, 848 (1999).